IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 1:16-cv-2354-ACR |

**INTERNAL REVENUE SERVICE'S MOTION FOR SUMMARY JUDGMENT**

The Internal Revenue Service ("IRS") moves pursuant to Fed. R. Civ. P. 56(a) for summary judgment in this action brought by Cause of Action Institute under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

As more fully set forth in the attached memorandum of law, separate statement of undisputed material facts, Declaration of Kevin Cummiskey, Second and Third Declarations of Scott Landes, Declaration of Thomas Barthold, and the Exhibits thereto, the grounds for the IRS's motion are as follows.

Cause of Action does not contest the scope or reasonableness of the IRS's search for responsive records, so the IRS's search is reasonable as a matter of law and this issue is not before the Court.

And the IRS is not unlawfully withholding records. All of the records responsive to Cause of Action's request are either: (i) congressional records not subject to disclosure under the FOIA; (ii) statutory reports the IRS is required to provide to JCT which may only be made public by JCT, and not the IRS; and (iii) records that are privileged under the attorney work-product privilege, the deliberative process privilege, and the attorney-client privilege, and therefore exempt from

disclosure under the FOIA. In all events, Plaintiff is not entitled to the disclosure of any of these records.

Accordingly, the IRS is entitled to judgment as a matter of law and Plaintiffs' FOIA action should be dismissed in its entirety.

Dated: September 26, 2025

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 616-1920; (202) 307-1355
(202) 514-6866 (facsimile)
Ryan.McMonagle@usdoj.gov

*Attorneys for the Internal Revenue Service*