IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 1:16-cv-2354-ACR |

**ORDER**

This matter comes before the Court on Defendant's motion for summary judgment. Having considered Defendant's motion, any opposition filed thereto, and the entire record of the case, it is:

ORDERED and ADJUDGED that Defendant's motion for summary judgment is **GRANTED**, and the Clerk shall enter judgment in favor of the Defendant.

Dated: ____________________, 2025

____________________________
UNITED STATES DISTRICT JUDGE