IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, | ) |
| | ) Case No. 1:16-cv-2354-ACR |
| Plaintiff, | ) |
| v. | ) |
| INTERNAL REVENUE SERVICE, | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Partially Seal Declaration, Exhibit, and Statement of Undisputed Material Facts, and for Leave to Lodge Unredacted Copies of Sealed Documents *Ex Parte* for *In Camera* Review, and substantially for the reasons set forth in Defendant's motion, it is hereby

ORDERED that the motion GRANTED, and Defendant is GRANTED leave to submit the declaration, exhibit, and statement of undisputed material facts referenced in its motion to the Court to review *in camera*.

SO ORDERED.

_____          _____
Date                            UNITED STATES DISTRICT JUDGE