**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>*Defendant*. | No. 16-cv-2354 (ACR) |

**JOINT REQUEST FOR PRE-MOTION CONFERENCE**

Pursuant to the Court's Standing Order in Civil Cases (ECF No. 60) and the Court's September 26, 2025 Minute Order, Plaintiff Cause of Action Institute ("CoA Institute") and Defendant Internal Revenue Service ("IRS") report the following:

1. The IRS filed its pre-motion notice on January 9, 2026. ECF No. 65.

2. Cause of Action Institute filed its premotion notice on January 16, 2026. ECF No. 66.

3. As the Court's standing order directs, the parties jointly contacted the Court by phone to schedule a pre-motion conference on January 20, 2026 and January 23, 2026. The parties also jointly contacted the Court by email to schedule a pre-motion conference on January 20, 2026.

4. The parties respectfully request to schedule a pre-motion conference with the Court. At present, the parties are available to meet at the Court's convenience on February 4th, 5th, 6th, 9th, 10th, or 13th. Counsel for the IRS is scheduled to be in trial in another matter in the United States District Court for the District of Maryland from February 17–February 27, 2026 and is unavailable during that time frame. If none of the foregoing dates are amenable to the Court, the parties are prepared to offer further dates in March 2026.

Dated: January 30, 2026

Respectfully submitted,

_/s/ Ryan. P. Mulvey_
Ryan P. Mulvey
(D.C. Bar No. 1024362)

CAUSE OF ACTION INSTITUTE
4201 Wilson Blvd., Ste. 1000
Arlington, VA 22203
Telephone: (571) 444-2841
ryan.mulvey@causeofaction.org

*Counsel for Plaintiff CoA Institute*

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

_/s/ Ryan O. McMonagle_
RYAN O. MCMONAGLE
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 307-1355
(202) 514-6866 (facsimile)
Ryan.McMonagle@usdoj.gov

*Attorneys for the Internal Revenue Service*